UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DALE CRAFT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00219-SEB-MJD |
| | ) | |
| ALICIA D. COOMER LPN, | ) | |
| THOMPSON Correctional Captain, | ) | |
| CRAWL Correctional Lieutenant, | ) | |
| SALT Correctional Lieutenant, | ) | |
| HEADY Correctional Sergeant, | ) | |
| GEO GROUP, INC., | ) | |
| JEFFREY GLOVER NP, | ) | |
| JENNIFER FRENCH Asst. Warden, | ) | |
| RANDLE Ms.; UTM, | ) | |
| JACKSON Mr.; Case Manager, | ) | |
| STACY SCOTT HSA, | ) | |
| TESLOF Correctional Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Screening Complaint and Directing Service of Process**

**I. Screening Standard**

The plaintiff is a prisoner currently incarcerated at New Castle Correctional Facility ("New Castle"). He has paid the filing fee. Because the plaintiff is a "prisoner" as defined by 28 U.S.C. § 1915(h), this Court has an obligation under 28 U.S.C. § 1915A(b) to screen his complaint before service on the defendants. Pursuant to 28 U.S.C. § 1915A(b), the Court must dismiss the complaint if it is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief. In determining whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir. 2006). To survive dismissal,

> [the] complaint must contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Pro se complaints such as that filed by the plaintiff are construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers. *Obriecht v. Raemisch*, 517 F.3d 489, 491 n.2 (7th Cir. 2008).

## II. The Complaint

The complaint names the following defendants: 1) Alicia D. Coomer, LPN, 2) Correctional Captain Thompson, 3) Correctional Lieutenant Crawl, 4) Correctional Lieutenant Salt, 5) Correctional Sergeant Heady, 6) GEO Group, Inc, 7) Jeffrey Glover, NP, 8) Assistant Warden Jennifer French, 9) Ms. Randle, UTM, 10) Mr. Jackson, Case Manager, 11) Stacy Scott, HSA, and 12) Correctional Officer Teslof.

The plaintiff alleges that he has severe problems with his esophagus, stomach, digestive tract, and liver which cause him severe pain and limit his ability to walk, exercise, and complete other daily activities. Defendants Glover and Coomer issued the plaintiff bottom range and bottom bunk passes because of his condition. Despite his condition, he was moved to an upper range cell which required him to go up and down stairs frequently. He alerted the defendants to his condition and requested to be moved to a cell that would accommodate his medical needs. He was not moved and later fell down the stairs, causing him to scrape his hands and right knee, sprain his right wrist, and suffer severe pain for 2-3 weeks.

The plaintiff further alleges that defendants Salt and Crawl retaliated against him when he asked for a different cell assignment by threatening to write a conduct report and move him to disciplinary segregation. The plaintiff alleges that defendant Coomer lied to other defendants by

telling them that the plaintiff did not have a bottom range and bottom bunk pass when he actually did.

Finally, the plaintiff alleges that defendant GEO Group, Inc. was negligent and breached its contract with the State of Indiana, of which the plaintiff is a third-party beneficiary, when its employees failed to safely house him. He seeks compensatory and punitive damages and costs.

### III. Discussion of Claims

Applying the screening standard to the factual allegations in the complaint, the following claims shall proceed:

- Eighth Amendment deliberate indifference and negligence claims against defendants Thompson, Crawl, Salt, Heady, Teslof, Randle, Jackson, Alicia D. Coomer, Stacy Scott, and Jennifer French

- Eighth Amendment deliberate indifference claim against defendant Jeffrey Glover

- First Amendment retaliation claim against defendants Salt and Crawl

- Negligence and breach of contract claims against defendant GEO Group, Inc.

This summary of claims includes all of the viable claims identified by the Court. If the plaintiff believes that additional claims were alleged in the complaint but not identified by the Court, he shall have **through March 28, 2018,** in which to identify those claims.

### IV. Duty to Update Address

The pro se plaintiff shall report any change of address within ten (10) days of any change. The Court must be able to locate the plaintiff to communicate with him. If the plaintiff fails to keep the Court informed of his current address, the action may be subject to dismissal for failure to comply with Court orders and failure to prosecute.

## V. Service of Process

The clerk is **designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to the defendants in the manner specified by *Fed. R. Civ. P.* 4(d). Process shall consist of the complaint, dkt. [1], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 2/23/2018

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DALE CRAFT
116802
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

ALICIA D. COOMER, LPN
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362

CORRECTIONAL CAPTAIN THOMPSON
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362

CORRECTIONAL LIEUTENANT CRAWL
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


CORRECTIONAL LIEUTENANT SALT
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


CORRECTIONAL SERGEANT HEADY
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


GEO GROUP, INC.
621 NW 53rd Street, Ste. 700
One Park Place
Boca Raton, FL 33487

JEFFREY GLOVER, NP
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


ASSISTANT WARDEN JENNIFER FRENCH
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362

MS. RANDLE, UTM
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


MR. JACKSON, CASE MANAGER
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


STACY SCOTT, HSA
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362


CORRECTIONAL OFFICER TESLOF
EMPLOYEE
NEW CASTLE CORRECTIONAL FACILITY
1000 Van Nuys Road
PO Box A
NEW CASTLE, IN 47362